Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

MAR 0 5 2025

U.S. DISTRICT COURT   WVND
CLARKSBURG, WV 26301

Jahishionive   Jahtae

Forrest
_____
*Your full name*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v.

Shannon Trego, MiMMS,  Doctor.

Vernon
_____

_____

_____
*Enter above the full name of defendant(s) in this action*

Civil Action No.: 3:25-cv-33
*(To be assigned by the Clerk of Court)*

Groh, Trumble, Sims


I.     <u>JURISDICTION</u>

This is a civil action brought pursuant to **<u>Bivens v. Six Unknown Named Agents of</u>
<u>Federal Bureau of Narcotics, 403 U.S. 388 (1971)</u>**.  The Court has jurisdiction over
this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II.    <u>PARTIES</u>

*In Item A below, place your full name, inmate number, place of detention, and complete mailing
address in the space provided.*

    A.    Name of Plaintiff: Jahishionne J Forrest Inmate No.: 17565-059
            Address: Federal Correctional Complex- Hazelton , P.o. Box 2000
            Skyview Drive  Bruceton Mills, WV 26525

*In Item B below, place the full name of each defendant, his or her official position, place of
employment, and address in the space provided.*

**Attachment A**

B.   Name of Defendant: SHANNON TEEGO
     Position: MEDICAL PROVIDER
     Place of Employment: Federal Correctional Complex - HAZELTON
     Address: P.o Box 2000, Skyview Drive Bruceton mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes       ☐ No

If your answer is "YES," briefly explain: SHE WAS ON PAYROll From THE BoP At THE Time SHE Violated my 14th Amendment rights which Is Due Process/Due Diligence Of Proper Medical Attention. Also THE 8th Amendment For cruel/unusal Punishment

B.1   Name of Defendant: Vernon
      Position: Correctional officer
      Place of Employment: Federal Correctional Complex - HAzelton
      Address: P.o Box 2000, Skyview Drive Bruceton mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes       ☐ No

If your answer is "YES," briefly explain: He WAS also WAS Employed By THE BoP THESE Incidents occurred. He Violated My 8th Amendment In which Cruel & Unusual Punishment WAS Affective forcefully Demanding I Jump From TOP Bunk So THAt He Could Verify Count For THE Institution.

B.2   Name of Defendant: Doctor Mimms
      Position: MEDICAL PROVIDER
      Place of Employment: Federal Correctional Complex - HAZELTON
      Address: P.o Box 2000, Skyview Drive Bruceton mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes       ☐ No

**Attachment A**

If your answer is "YES," briefly explain: DocTor mimms WAS ALso EMPloYeD BY BOP THE TiME INcidenTs occurred. THE mEdical stAff TEAm AT HAzelTon WAs well AWARE OF my InJury And didnT SEEk THE PROPer mEdicAl ATTENTion I'm Due. ViolATing my 14th AmendmenT And 8th Amendment rights.

B.3   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☐ Yes        ☐ No

      If your answer is "YES," briefly explain: _____
      _____
      _____
      _____
      _____

B.4   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☐ Yes        ☐ No

      If your answer is "YES," briefly explain: _____
      _____
      _____
      _____
      _____

**Attachment A**

B.5    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: Federal Correctional Complex- HAZELTON

A.    Is this where the events concerning your complaint took place?

☒ Yes    ☐ No

If you answered "NO," where did the events occur?

_____

B.    Is there a prisoner grievance procedure in the institution where the events occurred?    ☒ Yes    ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?

☒ Yes    ☐ No

D.    If your answer is "NO," explain why not: My Grievances werent Answered nor Brought To THE ForeFront when Addressing Them To wANDEN. I'VE DO All I CAN Do within THE Instuition THATs why I Filed with Attorney General my ComplAiNTs- I'm FAcing At Hazelton USP. when Addressing why werent Acministrative remedys Answered executive Assistant secretary In Charge of Grievance Process stated my Grievances may Gotten shredded for Grounds of Improper Filing

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 *BP-8 WAS Never Answered Back Promphy*

LEVEL 2 *BP-9 THE WARDEN NEVER gave me A Response Back*

LEVEL 3 *I DiDNT seek BP-10 Because Region would want To See THE 8,9 Filed IN Which THIS INSTitution Does MAlPractice WHEN Addressing Problems INMates Face with StAff.*

## IV.    PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?         ☐ Yes      ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.    Court: _____
        *(If federal court, name the district; if state court, name the county)*

3.    Case Number:_____

4.    Basic Claim Made/Issues Raised: _____
_____
_____
_____

5.    Name of Judge(s) to whom case was assigned:
_____

6.    Disposition: _____
        *(For example, was the case dismissed? Appealed? Pending?)*

7.    Approximate date of filing  lawsuit:_____

8.     Approximate date of disposition. Attach Copies:_____

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?

☐ Yes     ☒ No

D.     If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.

First And Foremost My Grievance Due Process was violated simply for this matter of me filing A Emergency Grievance to the warden About the situation with staff misconduct. Then later on the Person responsible for Grievance remedys Telling me verbatim may complaints may have been shredded for improper filing. It's against policy to destroy A inmate Grievance form and have to Assure Denial for purposes so that it can still be put into database.

E.     Did you exhaust available administrative remedies?

☒ Yes     ☐ No

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

Well They've Destroyed my Grievances But I've filed complaint to the Institution for reasons on the facts on why Arent my Grievances In Data log. USP Hazelton Also Targets Inmates when filing Grievances Against staff but I come forth to do what is right for my civil rights/Due Process being neglected for my Inury SAKE,

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.     Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.     Name and location of court and case number:

_____

_____

_____

3.     Grounds for dismissal:     □ frivolous     □ malicious
       □ failure to state a claim upon which relief may be granted

4.     Approximate date of filing lawsuit: _____

5.     Approximate date of disposition: _____

## V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  Describe what <u>each</u> defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: WHILE BEING HOUSED IN "SHU [SPECIAL HOUSING UNIT] AROUND MAY 15th - 20th - 2024 Correctional officer Vernon And PARKER WAS conducting COUNT TIME FOR log reason. I WAS resting on TOP Bunk AS I HEARD loud Banging noises ON GLASS. I WOKE And WAS TOLD IN A Forceful Demanding TONE I NEEDED TO STAND for count. AS I WAS still drozzy from sleep trying To regroup vernon Distracted I Jump from TOP Bunk so THAT HE can Proceed with count.

Supporting Facts: THE Jump resulted me Breaking My LEFT Big Toe

**Attachment A**

WHEN Telling Him I Think I Broken my Toe He Proceeded with count Leaving me To Bure The Pain. I Proceeded To Put Sick call Into Medical IN THE SHU so THAT They can Acess ASSES my Foot And give me The Proper Medical Attention.

**CLAIM 2:** A couple Days Prior To THE Incident "Medical Provider" SHannon Trebo Ruled me out For sickcall To EXAmine my Foot. SHE Gave me Her professional Medical Analysis stating THE Toe was InFact Broken. I THEN Asked would THERE Be Any way I can get An X-RAy To Be sure myself. SHE stated was I going Back out To THE compound In which I was.

**Supporting Facts:** SHannon Trebo Told me THAT getting A X-RAy wouldn't Be A option IN THE SHU And THAT If I wanted one I would THEN HAve To Follow up once Released BACK Into General population. THE Findings should Be IN THE computer Log As she promised I would Be on medical callouts In which I never was violating my 14th Amendment Due Process/Due Diligence.

**CLAIM 3:** Doctor mimms Also Being Aware of my Indry violated my rights on Account For cruel & unusual punishment Knowing In A Timely matter And Acted In neglience of His Job Duty To Assure X-RAy And out side medical Attention By An orthopedic.

**Supporting Facts:** Its Rather vindictive To play THE Role of malpractice Behavior I'm not sure As To why I wasn't given THE proper medical Attention And HAd To wait 7 months for A serious surgery BUT I Ask Im compensated for violations of my rights.

**CLAIM 4:** _____
_____
_____
_____
_____

**Supporting Facts:** _____
_____

**Attachment A**

_____
_____
_____

CLAIM 5: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____

## VI.  <u>INJURY</u>

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I Been Injured Do To correctional officer giving me a order In which resulted me getting a Broken toe. I've Had To get surgery And now Have medal screws in my foot that cause excruciating Pain To my nerves. The Titanium medal plate that Holds The 2 Bones Together for replacement of Joints Causes my foot not to Bend it hirts on a consistant Basis.

## VII.  <u>RELIEF</u>

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I Ask That The courts grant me The Amount Totale $180,000 for my civil rights Being violated. Specifiying my 14th Amendment of Due Process/Due Diligence. Aswell As my 8th Amendment Cruel & unusual Punishment. Having To Bare The Pains for months until They The Instution of Hazelton felt The Need I see outside medical.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  _Federal Correctional Complex- Hazelton_  on  _1-30-25_  .

             (Location)                (Date)

                                         Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JAHSHionne  JAHTAE
Forrest
_____
*Your full name*


v.                                                              Civil Action No.: __3:25-cv-33__

                                                                 Groh, Trumble, Sims

SHAnnon Trego,  Doctor  Mimms,

Vernon
_____

_____

_____
*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, __JAHSHionne  J forrest__ (your name here), appearing *pro se*, hereby certify

that I have served the foregoing __federal  Civil  Rights  ComplAint__ (title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on __1 - 30 - 25__ (insert date here):


(List name and address of counsel for defendant(s))

_____
(sign your name)

---