IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**JAHSHIONNE JAHTAE FORREST,**

    Plaintiff,

v.                                                   **CIVIL ACTION No.: 3:25-CV-33 (GROH)**

**MS. SHANNON TREGO,
DR. MIMMS, and
VERNON,**

    Defendants.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On March 5, 2025, the *pro se* Plaintiff, initiated this action, pursuant to Bivens v. Six Unknown Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). ECF No. 1. On that same date the Plaintiff also filed in this district a Federal Tort Claims Act complaint based upon the same facts which formed the basis for his Bivens complaint. See case number 3:25-CV-34.

On March 7, 2025, in the FTCA case, the Court entered an Order Notifying Plaintiff of Potential Consequences of Pursuing Both a Federal Tort Claim and Bivens Action. 3:25-CV-34, ECF No. 5. The Order directed the Plaintiff to "elect whether he wants to pursue both cases or dismiss one, and if so, which one." Id. at 2. Attached to the Order was a "Notification by Plaintiff" form for the Plaintiff to complete and return to the Clerk. Id. at 3. The Plaintiff returned the Notification by Plaintiff form in his FTCA case on April 2, 2025:

> **NOTIFICATION BY PLAINTIFF**
>
> I have received and reviewed a copy of the Court's Order notifying me of the possible consequences of pursuing both a FTCA and <u>Bivens</u> complaint. Having read that Order, I am hereby notifying the Court that I wish to:
>
> Please check one of the following:
>
> [DonT wanT To Proceed with Bivens Complaint] ☒ Proceed only with the <u>Bivens</u> complaint in 3:25-CV-33 against the named defendant(s), and dismiss the FTCA complaint filed in 3:25-CV-34.
>
> ☒ Proceed only with the FTCA complaint in 3:25-CV-34 against the named defendant(s), and dismiss the <u>Bivens</u> complaint filed in 3:25-CV-33.
>
> ☐ Continue with both the <u>Bivens</u> complaint in 3:25-CV-33 and the FTCA action in 3:25-CV-34 against the named defendant(s).
>
> /s/ Jahshionne Jahtae Forrest            3-25-25
> Jahshionne Jahtae Forrest                Date

3:25-CV-34, ECF No. 10.

Although the Plaintiff checked two separate options presented on the form, he modified those selections by writing, "<u>Don[']t</u> want to proceed with <u>Bivens</u> Complaint" next to the circled first option. <u>Id.</u> The remaining checked option reads that the Plaintiff is ". . . hereby notifying the Court that [he] wish[es] to: Proceed only with the FTCA complaint in 3:25-CV-34 against the named defendant(s), and dismiss the <u>Bivens</u> complaint filed in 3:25-CV-33." <u>Id.</u>

The Court construes this request contained in ECF No. 10 of 3:25-CV-34, as a clearly articulated request by the Plaintiff to dismiss 3:25-CV-33.

Accordingly, this Court **GRANTS** the Plaintiff's motion to dismiss this action based on the request contained in ECF No. 10 of 3:25-CV-34. It is **ORDERED** that 3:25-CV-33 is hereby **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court. It is further **ORDERED** that <u>the initial partial filing fee of $107.00 paid in 3:25-CV-33, be</u>

<u>applied toward the filing fee in 3:25-CV-34</u>.

The Clerk of the Court is **DIRECTED** to file ECF No. 10 from 3:25-CV-34 as a new docket entry in this case, 3:25-CV-33, and to send a copy of this Order to the Financial Deputy Clerk.

Further, the Clerk is **DIRECTED** to mail a copy of this Order to the Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet and to any counsel of record via electronic means.

**DATED**: April 24, 2025

GINA M. GROH
UNITED STATES DISTRICT JUDGE